**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| NICHOLAS MARTIN,<br>on behalf of himself and a class,<br><br>Plaintiff,<br><br>v.<br><br>AUTOMATED FINANCIAL, LLC,<br>METABANK and DOES 1-5,<br><br>Defendants. | Case No. 11-cv-00525<br><br>Judge Gettleman<br>Mag. Judge Finnegan |

**AGREED MOTION FOR EXTENSION OF TIME
FOR DEFENDANT METABANK TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant, MetaBank, through undersigned counsel, and with Plaintiff's consent, moves this Court to enter an Order granting it an extension, until March 21, 2011, to respond to Plaintiff's Complaint.

In support of this Motion, Defendant states as follows:

1. Defendant's response to Plaintiff's Complaint was due on or before February 17, 2011. (Dkt. 6.)

2. Defendant and undersigned counsel need additional time to complete their investigation into the factual and legal bases of the allegations in Plaintiff's Complaint in order to prepare a proper response thereto.

3. This Motion is not made for the purpose of delay, and Plaintiff will not be prejudiced by the short extension requested.

4. On February 11, 2011, undersigned counsel spoke with Plaintiff's counsel about the requested extension, to which Plaintiff's counsel consented.

WHEREFORE, Defendant, MetaBank, respectfully requests that this Honorable Court enter an Order granting it an extension, up to and including March 21, 2011, within which to respond to Plaintiff's Complaint.

Dated: February 22, 2011

Respectfully submitted,

METABANK

By: /s/ Derek S. Holland
    One of Its Attorneys

Steven R. Smith, #3128231
Derek S. Holland, #6285564
BRYAN CAVE LLP
161 North Clark Street, Suite 4300
Chicago, Illinois 60601
(312) 602-5000 (tel)
(312) 602-5050 (fax)
srsmith@bryancave.com
derek.holland@bryancave.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that a true and correct copy of the foregoing document was served upon the following counsel of record on February 22, 2011, through the court's electronic filing system, as follows:

| | |
|---|---|
| Catherine Anne Ceko | cceko@edcombs.com |
| Cathleen M. Combs | ccombs@edcombs.com, courtecl@edcombs.com |
| Daniel A. Edelman | courtecl@edcombs.com, dedelman@edcombs.com |
| Dianne E. Rist | rist@chapman.com, ttaylor@chapman.com |
| Gina Marie Lavarda | lavarda@chapman.com |
| James O. Latturner | jlatturner@edcombs.com |
| Richard Alan Wohlleber | wohlleber@chapman.com |
| Stephen Todd Sipe | sipe@chapman.com, ttaylor@chapman.com |

/s/ Derek S. Holland
    Derek S. Holland