**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| NICHOLAS MARTIN, on behalf of himself and a class, | ) ) ) | |
| Plaintiff, | ) ) | Judge Gettleman |
| v. | ) ) | 11cv0525 |
| AUTOMATED FINANCIAL, LLC., METABANK, and DOES 1-5, | ) ) ) ) | |
| Defendants. | ) | |

**NOTICE OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Nicholas Martin hereby dismisses his claims against Defendants Automated Financial, LLC and Metabank, with prejudice, and the claims of the putative class members without prejudice, with each party to bear its own costs and fees.

Respectfully Submitted,

s/Catherine A. Ceko
Catherine A. Ceko

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Catherine A. Ceko
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

## **CERTIFICATE OF SERVICE**

        I, Catherine A. Ceko, hereby certify that on March 8, 2011, the foregoing document was filed electronically. A copy of the foregoing document was served via the court's ECF system on the following parties:

Derek S. Holland
derek.holland@bryancave.com

Steven Russell Smith
srsmith@bryancave.com

Richard Alan Wohlleber
wohlleber@chapman.com

Stephen Todd Sipe
sipe@chapman.com

Dianne E. Rist
rist@chapman.com

Gina Marie Lavarda
lavarda@chapman.com

                                                    s/Catherine A. Ceko
                                                    Catherine A. Ceko